IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHON S. WOODS, #149299, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  2:08cv280-MHT |
| | )                (WO) |
| TRACEY ARCHIE., *et al*., | ) |
| | ) |
|     Defendants. | ) |

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on November 6, 2008 (Doc. # 34), that this case be dismissed. After a review of the recommendation, to which no timely objections have been filed, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED and ADJUDGED that the recommendation is adopted and  that:

    1.     Defendant Bullock Correctional Facility is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i);

    2.     Defendants Tracy Archie and Labor Pool are dismissed without prejudice for the plaintiff's failure to effect service on them in accordance with applicable procedural rules; and

    3.     There being no defendants remaining in this cause of action, this matter is dismissed.

An appropriate judgment will be entered.

DONE, this the 3rd day of December, 2008.

                                                /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE