IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHON S. WOODS, #149299, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv280-MHT |
| | ) (WO) |
| TRACEY ARCHIE., *et al*., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the memorandum opinion and order entered this date, it is the

ORDER, JUDGMENT, and DECREE of the court that this case is dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of December, 2008.

                                             /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE